# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:21–cv–00350–ABJ

AZUBUKO v. PARKING CLERK et al  
Assigned to: Judge Amy Berman Jackson  
Demand: $350,000,000  
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 02/08/2021  
Date Terminated: 02/12/2021  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**CHUKWUMA E. AZUBUKO**  represented by  **CHUKWUMA E. AZUBUKO**  
P.O. Box 171121  
Boston, MA 02117  
(857) 417–2044  
PRO SE

V.

**Defendant**

**PARKING CLERK**  
*CITY OF BOSTON–In individual & official capacity*

**Defendant**

**DOUGLAS WILKINS**  
*Individual & Official Capacity*

**Defendant**

**CHRISTEN**  
*CITY OF BOSTON EMPLOYEE – Individual & Official Capacity*

**Defendant**

**SULTAN DURZI**  
*Individual & Official Capacity*

**Defendant**

**SALLY A. VANDER WEELE**  
*Individual & Official Capacity*

**Defendant**

**MASS. REGISTRAR OF MOTOR VEHICLES**  
*Individual & Official Capacity*

**Defendant**

**COMMONWEALTH OF MASSACHUSETTS**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2021 | Ï 1 | COMPLAINT against CHRISTEN, COMMONWEALTH OF MASSACHUSETTS, SULTAN DURZI, MASS. REGISTRAR OF MOTOR VEHICLES, PARKING CLERK, SALLY A. VANDER WEELE, DOUGLAS WILKINS ( Filing fee $ 402, receipt number 4616105000) with Jury Demand filed by CHUKWUMA E. AZUBUKO. (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(zjf) (Entered: 02/11/2021) |
| 02/08/2021 | Ï | Summons (7) Issued as to CHRISTEN, COMMONWEALTH OF MASSACHUSETTS, SULTAN DURZI, MASS. REGISTRAR OF MOTOR VEHICLES, PARKING CLERK, SALLY A. VANDER WEELE, DOUGLAS WILKINS. (zjf) (Entered: 02/11/2021) |
| 02/12/2021 | Ï 2 | ORDER TRANSFERRING PRO SE CASE to the USDC for the District of Massachusetts. Pro Se party has been notified by first class mail. Transfer due by 3/5/2021. Signed by Judge Amy Berman Jackson on 2/12/21. (lcabj2) (Entered: 02/12/2021) |